Comm c

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Jose Juan LAZARO-Jimenez<br><br><br><br>Defendant. | Magistrate Docket No. '21 MJ3684<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i), (v)(II)<br>Attempted Bringing in Illegal Aliens<br>At Other than Port of Entry |

The undersigned complainant being, duly sworn, states:

On or about September 08, 2021, within the Southern District of California, defendant Jose Juan LAZARO-Jimenez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Virgino CID-Zaraut, Filomeno COBOS-Pacheco, and Antonio SORIA-Guzman, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i) and (v)(II).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 9, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jose Juan LAZARO-Jimenez

## PROBABLE CAUSE STATEMENT

The complainant states that Virgino CID-Zaraut, Filomeno COBOS-Pacheco, and Antonio SORIA-Guzman, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 8, 2021, Border Patrol Agent L. Herrera and C. Rodriguez, who were wearing a full rough duty uniforms with all insignias and badges visible, were conducting their assigned duties in the Imperial Beach Border Patrol Station's area of responsibility.

At approximately 9:35 PM, Agent Herrera and Agent Rodriguez were concealed and conducting surveillance on foot in between the primary and secondary fence of the United States/Mexico International boundary in an area known to Border Patrol agents as "625." This area is approximately four miles east of the San Ysidro, California Port of Entry, and approximately twenty-five yards north of the United States/Mexico International Boundary. Agent Herrera observed a white truck on the road, south of the primary fence, stop and several individuals exited the truck. Agent Herrera observed those individuals climb the primary fence and run north towards the secondary fence. Agent Herrera observed one the individuals carrying a ladder. That individual hooked the ladder to the secondary fence and instructed the other individuals to hurry up and climb over. At approximately the same time, the Department of Defense Personal, who was operating a Remote Video Surveillance System, notified agents in the field of several individuals in between the primary and secondary fence. Agent Herrera maintained visual of the individual holding the ladder, later identified as defendant Jose Juan LAZARO-Jimenez.

Agents Herrera and Rodriguez then approached the group, identified themselves as Border Patrol agents, and gave commands to sit on the ground. LAZARO did not comply to the agents' commands and abscond from them. Agent Herrera grabbed LAZARO and took him to ground. Agent Herrera gave LAZARO several more commands, and after a brief struggle, Agent Herrera was able to get handcuffs on LAZARO. Agent Herrera conducted an immigration inspection. LAZARO stated he did not have any immigration documents that would allow him to enter or remain in the United States legally. LAZARO then began to make sporadic statements. LAZARO stated that he had previously applied for a visa to enter the United States and did not want to ruin this opportunity. LAZARO said that he needed money

CONTINUATION OF COMPLAINT:
Jose Juan LAZARO-Jimenez

and was getting paid 2,000 Mexican Pesos to put the ladder in place and take it back to Mexico. He stated that he was not the main smuggler.

During a search for weapons, Agent Herrera discovered a Smart Phone on LAZARO's person. The phone was on a live conference call and on speaker. Agent Herrera could hear several people's voices and one giving instruction. Agent Herrera also found two rolls of black electrical tape in LAZARO's pocket. The ladder LAZARO was holding was made up of three separate pieces secured by black electrical tape.

While Agent Herrera was apprehending LAZARO, Agent Rodriguez detained five individuals in the same area and relayed that several more individuals were running north of the secondary fence. Other agents in the field encountered seven individuals north of the secondary fence and brought them over to the other five that Agent Rodriguez had detained. Agent Rodriguez conducted an immigration inspection on all twelve individuals, including three later identified as material witnesses Virgino CID-Zaraut, Filomeno COBOS-Pacheco, and Antonio SORIA-Guzman. All twelve individuals, including CID, COBOS, and SORIA, stated they are citizens of Mexico not in possession of any immigration documents that would allow them to enter or remain in the United States legally. At approximately 10:00 PM, Agent RODRIGUEZ placed the twelve individuals, including material witnesses CID, COBOS, and SORIA, under arrest.

At the station, the defendant LAZARO was read his Miranda Rights. LAZARO stated that he understood and was willing to answer questions without an attorney present. LAZARO stated that his mother-in-law made smuggling arrangements for him. LAZARO stated that he was going to pay $9,500 to be smuggled into the United States. LAZARO stated that two days ago he was told to go to Hotel Segovia, where he met the other smuggled aliens. LAZARO stated that they all met at the fence and were told to put up the ladder. LAZARO stated that he and several others put up the ladder at the international border fence to illegally cross into the United States.

Material witnesses CID, COBOS, and SORIA admitted to being citizens of Mexico illegally present in the United States without any documents that would allow them to enter or remain in the United States legally. Material witnesses CID, COBOS, and SORIA admitted to making smuggling arrangements were made either before arriving in Tijuana, Baja California, Mexico and or upon arriving, respectively. Material witnesses CID, COBOS, and SORIA stated that they were transported to a predetermined location along the United States/Mexico International

**CONTINUATION OF COMPLAINT:**
**Jose Juan LAZARO-Jimenez**

Boundary fence. CID, COBOS, and SORIA then made illegal entry into the United States by climbing over the primary and secondary fences by way of the use of a ladder.